UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
RICHARD BALDELLI and on behalf of
all other persons similarlyl situated,

                      Plaintiff,

-against-

BOWLERLAND BILDINIC LANES CORP.,

                      Defendant.
-------------------------------------------------------------------X

Case No.: 17 CV 08049

(KBF)

**STIPULATION FOR APPROVAL AND ENTRY OF CONSENT DECREE AND DISMISSAL OF CASE WITH PREJUDICE**

Plaintiff and Defendant, by and through undersigned counsel, hereby move this court to approve and enter judgment on the proposed Consent Decree, annexed hereto as **Exhibit A**. Pursuant to 42 U.S.C. § 12188(a)(2), this Court is authorized to enter a Consent Decree with regard to equitable relief sought under Title III of the Americans with Disabilities Act.

WHEREFORE, plaintiff and defendant respectfully request this court to approve and enter judgment on the Consent Decree, retain jurisdiction to enforce the Consent Decree, and Dismiss this Case with prejudice, as otherwise indicated within the proposed Order Approving and Entering Consent Decree and Dismissing Case with Prejudice, annexed hereto as **Exhibit B**.

| | |
|---|---|
| The Marks Law Firm, PC<br>Attorneys for Plaintiff<br><br>_____<br>Bradly Marks, Esq.<br>175 Vaarick Street, 3rd Fl<br>New York, NY 10014<br><br>Dated: 4/10/18 | Milber Makris Plousadis & Seiden, LLP<br>Attorneys for Defendant<br><br>_____<br>John J. Byrnes, Esq. (JJB1277)<br>1000 Woodbury Road, Suite 402<br>Woodbury, New York 11797<br><br>Dated: 4/10/2018 |

SO ORDERED:

_____
Honorable Katherine B. Forrest, U.S.D.J

4/26/18

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------------X
RICHARD BALDELLI, and on behalf of
all other persons similarlyl situated,

                              Plaintiff,

-against-

BOWLERLAND BILDINIC LANES CORP.,

                              Defendant.
----------------------------------------------------------------X

Case No.: 17 CV 08049

(KBF)

**CONSENT DECREE**

      This Consent Decree is entered into by and between Richard Baldelli ("Baldelli" or "plaintiff") and Bowlerland Bildinic Lanes Corp. ("Bowlerland" or "defendant"), on the date last executed below.

      **WHEREAS**: At certain times relevant to this matter Defendant had a website, www.bowlerlandbowling.com (hereinafter, the "Website"), which was available through the internet. Plaintiff alleges the Website was not fully accessible to individuals with disabilities in violation of Title III of the Americans with Disabilities Act of 1990 ("ADA"), the New York State Human Rights Law ("NYSHRL"), and the New York City Human Rights Law ("NYCHRL") (the "Action"). Defendant does not admit, and expressly denies, violation of any federal, state or local law, including the ADA, NYSHRL and the NYCHRL, and any other wrongdoing or liability whatsoever. Defendant recognizes however, that the cost of defending and prevailing on all claims might outweigh the savings achieved thereby. In consideration for resolving all matters in dispute, the parties have agreed to the following terms and conditions subject to the Court's entry of an Order Approving and Entering this Consent Decree.

1. Defendant represents that it no longer owns or operates the Website, or any aspect thereof. Plaintiff accepts defendant's representation.

2. The parties have entered into a separate, private and confidential agreement currently in effect between the parties (the "Settlement Agreement").

3. This Consent Decree shall be binding upon and shall inure the benefit of the parties hereto and their respective successor and/or assigns. The parties shall perform their obligations under this Consent Decree in good faith.

4. This Consent Decree may be executed in counterparts, each of which shall be deemed an original against the party whose signature is provided, and all of which shall be considered an original and together shall constitute one instrument binding on all parties. Electronic, facsimile, or photocopied signatures shall be deemed to be as valid and enforceable as original ink signatures.

**BY PLAINTIFF:**

RICHARD BALDELLI

_Richard Baldelli_

Dated: 4/6/18

**BY DEFENDANT:**

BOWLERLAND BI-DINIC LANES CORP.

Constantin Monridel
Name (Print)

Owner
Title

_[signature]_
Signature

Dated: 4-20-208